UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, ) | |
| ) | |
| Plaintiffs, ) | Case No. 2:15-cv-01308-MMD-NJK |
| ) | |
| vs. ) | ORDER |
| ) | |
| AURORA CANYON HOMEOWNERS ) | |
| ASSOCIATION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pending before the Court is a proposed discovery plan seeking 270 days to conduct discovery. Docket No. 25. The presumptively reasonable discovery period is 180 days. *See, e.g.*, Local Rule 26-1(e)(1). The only reason provided by the parties to extend by 50% the presumptively reasonable discovery period is that counsel are all litigating many similar lawsuits. *See* Docket No. 25 at 2. That is not good reason to extend the discovery period. *Cf. Greene v. Alhambra Hosp. Med. Ctr.*, 2015 U.S. Dist. Lexis 72697, *3 (D. Nev. June 3, 2015) (rejecting the contention that a litigant's busy schedule based on the many other lawsuits filed is sufficient cause for an extension). As such, the proposed discovery plan is hereby **DENIED**. The parties shall file, no later than August 28, 2015 an amended discovery plan based on the presumptively reasonable 180-discovery period outlined in the Local Rules.

IT IS SO ORDERED.

DATED: August 21, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge