# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, | Case No. 2:15-cv-01308-JAD-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 44) |
| AURORA CANYON HOMEOWNERS ASSOCIATION, et al., | |
| Defendant(s). | |

Pending before the Court is a motion to extend deadlines filed on an emergency basis. Docket No. 44. The Court hereby ORDERS that any response shall be filed no later than February 17, 2016, and any reply shall be filed no later than February 18, 2016.

IT IS SO ORDERED.

DATED: February 16, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge