**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, | Case No.: 2:15-cv-01308-MMD-NJK |
| Plaintiff(s), | |
| v. | **Order** |
| | [Docket No. 111] |
| SFR INVESTMENTS POOL 1, LLC, et al., | |
| Defendant(s). | |

Pending before the Court is a motion by attorney Steven Loizzi, Jr. to withdraw as counsel for Alessi & Koenig LLC. Docket No. 111. To date, no response has been filed. For good cause shown, the motion is hereby **GRANTED**.

It appears that Alessi & Koenig, through the bankruptcy trustee and her attorney, does not intend to participate further in this case. *See* Docket No. 111 at 19-20 (correspondence related to other cases instructing that "defaults may be taken").[1] To the extent that is not accurate, a notice so indicating shall be filed within 14 days. Otherwise, the other parties may seek appropriate relief regarding Alessi & Koenig's non-participation once the Court lifts the stay currently in place in this case pending resolution of the certified question to the Nevada Supreme Court.

IT IS SO ORDERED.

Dated: July 19, 2018

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The automatic bankruptcy stay has been terminated for all purposes other than collecting on a judgment obtained against Alessi & Koenig. *See* Docket No. 111 at 28.