ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jamie.combs @akerman.com

*Attorneys for Plaintiff/Counter-Defendant*
*Nationstar Mortgage, LLC and Cross-Defendants*
*Bank of America, N.A. and HSBC Bank USA, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>        Plaintiff,<br><br>v.<br><br>AURORA CANYON HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>        Defendants.<br><br>AND RELATED CLAIMS. | Case No.: 2:15-cv-01308-MMD-NJK<br><br>**STIPULATION AN ORDER TO EXTEND TIME TO FILE JOINT STATUS REPORT PURSUANT TO COURT'S JANUARY 5, 2018 ORDER [ECF NO. 109]**<br><br>**(FIRST REQUEST)** |

Plaintiff and counter-defendant Nationstar Mortgage LLC, cross-defendants Bank of America, N.A. and HSBC Bank USA, N.A, as Trustee for the Holders of Ace Securities Corp. Home Equity Loan Trust, Asset Backed Pass Through Securities 2005-HE7 (collectively, the **Bank Parties**), defendant Aurora Canyon Homeowners Association (**Aurora**), and defendant, counter-claimant, and cross-claimant SFR Investments Pool 1, LLC (**SFR**), pursuant to Rule 6(b) and L.R. IA-6-1 and L.R. 26-4, stipulate and move the court for a fourteen-day extension of time to file a status report pursuant to the court's January 5, 2018 order, ECF No. 109:

1. On January 5, 2018, this court stayed this case and denied all pending motions without prejudice pending the Nevada Supreme Court resolving the certified question in *SFR Invs. Pool 1, LLC v. The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders*

46018744;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

*of the CWABS, Inc., Asset-Backed Certificates, Series 2006-6*, Case No. 72931. (ECF No. 109.) The court directed the parties to file a status report within five days of the Nevada Supreme Court answering the certified question. (*Id.*)

2. The Nevada Supreme Court answered the certified question on August 2, 2018. *SFR Invs. Pool 1, LLC*, No. 72931, 2018 WL 3655608, at *1 (Nev. Aug. 2, 2018). The parties' joint status report is due August 7, 2018 as a result. (*See* ECF No. 102.)

3. Good cause exists to extend the parties' deadline to file a status report by fourteen days, from August 7, 2018 to August 21, 2018. The Bank Parties' counsel, Akerman LLP, is counsel of record for the plaintiff in over thirty cases pending in this court requiring a status report by August 7, 2018, and requires additional time to confer with opposing counsel and prepare a report outlining the parties' respective positions on the current status and future trajectory of this case in light of the Nevada Supreme Court's ruling.

4. This is the parties' first request for an extension and is not intended for the purpose of delay or prejudicing any party.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

46018744;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

WHEREFORE, the Bank Parties, Aurora, and SFR respectfully request the court extend the parties' deadline to file a joint status report pursuant to the court's January 5, 2018 order, ECF No. 109, up to, through and including August 21, 2018.

This the 7th day of August, 2018.                     This the 7th day of August, 2018.

**AKERMAN LLP**                                        **KIM GILBERT EBRON**

 /s/ Jamie K. Combs                                    /s/ Diana S. Ebron
ARIEL E. STERN, ESQ.                                   DIANA S. EBRON, ESQ.
Nevada Bar No. 8276                                    Nevada Bar No. 10580
JAMIE K. COMBS, ESQ.                                   JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 13088                                   Nevada Bar No. 10593
1635 Village Center Circle, Suite 200                  7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89134                                Las Vegas, Nevada 89139

*Attorneys for plaintiff and counter-defendant*        *Attorneys for defendant, counterclaimant and*
*Nationstar Mortgage LLC and cross-defendants*         *cross-claimant SFR Investments Pool 1, LLC*
*HSBC Bank, USA, N.A., as Trustee for*
*Deutsche ALT-A Securities, Inc., Mortgage*
*Pass-Through Securities, Inc., Mortgage Pass-*
*Through Certificates, Series 2007-AR3, and*
*Bank of America, N.A.*

This the 7th day of August, 2018.

**BOYACK ORME & TAYLOR**

 /s/ Christopher B. Anthony
EDWARD BOYACK, ESQ.
Nevada Bar No. 5229
CHRISTOPHER B. ANTHONY, ESQ.
Nevada Bar No. 9748
401 N Buffalo Drive, Suite 202
Las Vegas, Nevada 89145
*Attorneys for defendant, counterclaimant and*
*cross-claimant SFR Investments Pool 1, LLC*

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

**DATED:**   August 13, 2018

3

46018744;1