ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jamie.combs @akerman.com

*Attorneys for Plaintiff/Counter-Defendant*
*Nationstar Mortgage, LLC and Cross-Defendants*
*Bank of America, N.A. and HSBC Bank USA, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, | Case No.: 2:15-cv-01308-MMD-NJK |
| Plaintiff, | |
| v. | **STIPULATION AN ORDER TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS [ECF NO. 116]** |
| AURORA CANYON HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, | **(FIRST REQUEST)** |
| Defendants. | |
| AND RELATED CLAIMS. | |

Plaintiff and counter-defendant Nationstar Mortgage LLC, cross-defendants Bank of America, N.A. and HSBC Bank USA, N.A, as Trustee for the Holders of Ace Securities Corp. Home Equity Loan Trust, Asset Backed Pass Through Securities 2005-HE7 (collectively, the **Bank Parties**), defendant Aurora Canyon Homeowners Association (**Aurora**), and defendant, counter-claimant, and cross-claimant SFR Investments Pool 1, LLC (**SFR**), stipulate to extend the deadline to file dispositive motions by 14 days, or until October 4, 2018.

On January 5, 2018, this court stayed this case and denied all pending motions without prejudice pending the Nevada Supreme Court resolving the certified question in *SFR Invs. Pool 1, LLC v. The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-6*, Case No. 72931. (ECF No. 109.) The

46278264;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

court directed the parties to re-file dispositive motions within 30 days from the date the stay is lifted.

1. The Nevada Supreme Court answered the certified question on August 2, 2018. *SFR Invs. Pool 1, LLC*, No. 72931, 2018 WL 3655608, at *1 (Nev. Aug. 2, 2018). This court lifted the stay in this matter on August 24, 2018. (ECF No. 116). The current deadline to re-file dispositive motions is September 24, 2018.

2. Good cause exists to extend the parties' deadline to file a status report by fourteen days, from September 24, 2018 to October 4, 2018. The parties request this extension to allow additional time to update their briefing to address the Nevada supreme court's answer to the certified question and in light of the numerous cases counsel for all parties are involved in where the stays are being lifted in light of the answer to the certified question.

3. This is the parties' first request for an extension and is not intended for the purpose of delay or prejudicing any party.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

46278264;1

WHEREFORE, the Bank Parties, Aurora, and SFR respectfully request the court extend the parties' deadline to file a dispositive motions pursuant to the court's January 5, 2018 order, ECF No. 109, up to, through and including October 4, 2018.

This the 4th day of September, 2018.

**AKERMAN LLP**

/s/ Jamie K. Combs
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff and counter-defendant Nationstar Mortgage LLC and cross-defendants HSBC Bank, USA, N.A., as Trustee for Deutsche ALT-A Securities, Inc., Mortgage Pass-Through Securities, Inc., Mortgage Pass-Through Certificates, Series 2007-AR3, and Bank of America, N.A.*

This the 4th day of September, 2018.

**BOYACK ORME & ANTHONY**

/s/ Christopher B. Anthony
EDWARD BOYACK, ESQ.
Nevada Bar No. 5229
CHRISTOPHER B. ANTHONY, ESQ.
Nevada Bar No. 9748
7432 W. Sahara Ave., Ste. 101
Las Vegas, NV 89117
*Attorneys for Aurora Canyon HOA*

This the 4th day of September, 2018.

**KIM GILBERT EBRON**

/s/ Diana S. Ebron
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for defendant, counterclaimant and cross-claimant SFR Investments Pool 1, LLC*

**ORDER**

**IT IS SO ORDERED:**

_____

**UNITED STATES DISTRICT COURT JUDGE**

DATED: ___September 4, 2018_____

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

46278264;1