ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: donna.wittig @akerman.com

*Attorneys for Plaintiff/Counter-Defendant
Nationstar Mortgage, LLC and Cross-Defendants
Bank of America, N.A. and HSBC Bank USA, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>v.<br><br>AURORA CANYON HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants.<br>AND RELATED CLAIMS. | Case No.: 2:15-cv-01308-MMD-NJK<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

PLEASE TAKE NOTICE that Plaintiff and counter-defendant Nationstar Mortgage LLC, cross-defendants Bank of America, N.A. and HSBC Bank USA, N.A, as Trustee for the Holders of Ace Securities Corp. Home Equity Loan Trust, Asset Backed Pass Through Securities 2005-HE7. hereby provides notice that Brett M. Coombs is no longer associated with the law firm of Akerman LLP.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

46740394;1

Akerman LLP continues to serve as counsel for Nationstar Mortgage, LLC, Bank of America, N.A. and HSBC Bank USA, N.A. All future correspondence, papers and future notices in this action should continue to be directed to Ariel E. Stern, Esq. and Donna M. Wittig, Esq.

Respectfully submitted, this 19th day of October, 2018.

**AKERMAN LLP**

*/s/ Donna M. Wittig*_____
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for plaintiff and counter-defendant Nationstar Mortgage LLC and cross-defendants HSBC Bank, USA, N.A., as Trustee for Deutsche ALT-A Securities, Inc., Mortgage Pass-Through Securities, Inc., Mortgage Pass-Through Certificates, Series 2007-AR3, and Bank of America, N.A.*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: October 22, 2018

_____
UNITED STATES MAGISTRATE JUDGE