ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: donna.wittig @akerman.com

*Attorneys for Plaintiff/Counter-Defendant
Nationstar Mortgage, LLC and Cross-Defendants
Bank of America, N.A. and HSBC Bank USA, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>v.<br><br>AURORA CANYON HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants.<br><br>AND RELATED CLAIMS. | Case No.: 2:15-cv-01308-MMD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITIONS TO SUMMARY JUDGMENT [ECF NO. 119, 120]**<br><br>**(FIRST REQUEST)** |

Plaintiff and counter-defendant Nationstar Mortgage LLC, cross-defendants Bank of America, N.A. and HSBC Bank USA, N.A, as Trustee for the Holders of Ace Securities Corp. Home Equity Loan Trust, Asset Backed Pass Through Securities 2005-HE7 (collectively, the **Bank Parties**), defendant Aurora Canyon Homeowners Association (**Aurora**), and defendant, counter-claimant, and cross-claimant SFR Investments Pool 1, LLC (**SFR**), stipulate to extend the deadline to file responses to the Bank Parties' and SFR's motions for summary judgment for seven days, or until November 1, 2018.

1. The Bank Parties and SFR filed motions for summary judgment on October 4, 2018. (ECF Nos. 119, 120.) The current deadline for oppositions to these motions is October 25, 2018.

2. Good cause exists to extend the parties' deadline to file a status report by seven days, from October 25, 2018 to November 1, 2018. The parties request this extension to allow additional

time to fully address the issues raised by the Nevada supreme court's answer to the certified question and in light of the numerous cases counsel for all parties are involved in where the stays are being lifted in light of the answer to the certified question.

3. This is the parties' first request for an extension and is not intended for the purpose of delay or prejudicing any party.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Donna M. Wittig* | */s/ Diana S. Ebron* |
| ARIEL E. STERN, ESQ. | DIANA S. EBRON, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 10580 |
| DONNA M. WITTIG, ESQ. | JACQUELINE A. GILBERT, ESQ. |
| Nevada Bar No. 11015 | Nevada Bar No. 10593 |
| 1635 Village Center Circle, Suite 200 | 7625 Dean Martin Drive, Suite 110 |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89139 |
| *Attorneys for plaintiff and counter-defendant Nationstar Mortgage LLC and cross-defendants HSBC Bank, USA, N.A., as Trustee for Deutsche ALT-A Securities, Inc., Mortgage Pass-Through Securities, Inc., Mortgage Pass-Through Certificates, Series 2007-AR3, and Bank of America, N.A.* | *Attorneys for defendant, counterclaimant and cross-claimant SFR Investments Pool 1, LLC* |

**BOYACK ORME & ANTHONY**

*/s/ Christopher B. Anthony*
EDWARD BOYACK, ESQ.
Nevada Bar No. 5229
CHRISTOPHER B. ANTHONY, ESQ.
Nevada Bar No. 9748
7432 W. Sahara Ave., Ste. 101
Las Vegas, NV 89117

*Attorneys for Aurora Canyon HOA*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**
DATED: October 29, 2018